# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Kay Peterson,

                Plaintiff,                              Civil No. 06-2355 (RHK/RLE)

vs.                                                             **ORDER**

First Resolution Investment Corporation,

                Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 21, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge